**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1339**

———————

JERRY SELLERS,

                                        Plaintiff - Appellant,

            versus

OFFICER WARING; DETECTIVE HARDY; CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MARYLAND,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Roger  W.  Titus,  District  Judge.
(CA-05-373-8-RWT)

———————

Submitted:  July 20, 2005          Decided:  August 3, 2005

———————

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Sellers, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Sellers appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court.[*] See Sellers v. Waring, No. CA-05-373-8-RWT (D. Md. filed Feb. 22, 2005 & entered Feb. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Although we find that Sellers's excessive force claim falls under the Fourth Amendment exception to Heck v. Humphrey, 512 U.S. 477 (1994), we nonetheless affirm the district court's dismissal of this claim on the ground that Sellers fails to allege that he suffered more than de minimis injury. See Carter v. Morris, 164 F.3d 215, 219 n.3 (4th Cir. 1999) (finding that claim that handcuffs were too tight was too insubstantial to state a claim of excessive force under the Fourth Amendment).